UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NATIONAL UNION OF HEALTHCARE WORKERS, | Case No. 25-cv-04128-RS |
|---|---|
| Plaintiff, | |
| v. | **ORDER SETTING BRIEFING SCHEDULE** |
| CHILDRENS HOSPITAL & RESEARCH CENTER AT OAKLAND, | |
| Defendant. | |

In this labor dispute, the union plaintiff seeks a preliminary injunction and/or a temporary restraining order against the defendant employer, which plaintiff asserts will preserve the status quo pending arbitration of the parties' respective rights and obligations. Plaintiff contends the injunctive relief must enter prior to July 3, 2025, given the effective date of the changes defendant has announced are to be implemented. Although plaintiff refers to the possibility of a temporary restraining order issuing *ex parte*, it has in fact already given notice to defendant of the present motion.

Good cause appearing, plaintiff shall cause a copy of this order to be served on defendant and/or its counsel forthwith. Defendant shall file any opposition to the requested injunctive relief no later than June 12, 2025. Plaintiff shall file any reply no later June 19, 2025. The matter will be heard on June 26, 2025, at 1:30 p.m. The parties may agree to extend the briefing schedule and/or to continue the hearing date by filing a written stipulation providing for a hearing on any subsequent Thursday shown as available on the court's calendar, and for the reply to be filed at

least one week prior to the hearing.

**IT IS SO ORDERED**.

Dated: June 3, 2025

_____
RICHARD SEEBORG
Chief United States District Judge